UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>151 EAST BOUNDARY ROAD,<br><br>                Defendant. | No. C05-1309<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by October 6, 2005. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

Filed this 31st day of October, 2005.

                                              BRUCE RIFKIN, Clerk


                                      By:    /s Mary Duett
                                                    Deputy Clerk

MINUTE ORDER - 1